Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

EASTERN District of NEW YORK

Caption:

UNITED STATES v.

JOVAN RENDON-REYES

Docket No.: 15 CR 348

KORMAN

(District Court Judge)

Notice is hereby given that JOVAN RENDON-REYES appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other [ ] _____ (specify)

entered in this action on SEPTEMBER 26, 2019.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence ✓   Other [ ]

Defendant found guilty by plea ✓ | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987? Yes ✓ | No [ ]   N/A [ ]

Date of sentence: DECEMBER 12, 2019   N/A [ ]

Bail/Jail Disposition: Committed ✓   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes ✓ | No [ ]   If yes, provide the following information:

Defendant's Counsel: RICHARD B. LIND, ESQ.

Counsel's Address: 575 LEXINGTON AVENUE, 4TH FLOOR

NEW YORK, NY 10022

Counsel's Phone: (212) 888-7725

Assistant U.S. Attorney: TARYN MERKL

AUSA's Address: U.S. ATTORNEY'S OFFICE, 271 CADMAN PLAZA EAST

BROOKLYN, NY 11201

AUSA's Phone: (718) 254-7000

_____
Signature