```
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF NEW YORK

------------------------------X  Docket#
UNITED STATES OF AMERICA,     :  15-cr-00348-ERK-VMS-1
                              :
                              :
   - versus -                 :  U.S. Courthouse
                              :  Brooklyn, New York
                              :
JOVAN RENDON-REYES,           :  September 10, 2019
            Defendant         :  1:52 PM
------------------------------X

         TRANSCRIPT OF CRIMINAL CAUSE FOR SENTENCING
           BEFORE THE HONORABLE EDWARD R. KORMAN
              UNITED STATES MAGISTRATE JUDGE
```

**A   P   P   E   A   R   A   N   C   E   S:**

**For the Government:**        **Richard P. Donoghue, Esq.**
                               United States Attorney

                          BY:  **Margaret Lee, Esq.**
                               Assistant U.S. Attorney
                               271 Cadman Plaza East
                               Brooklyn, New York 11201


**For the Defendant:**         **Richard B. Lind, Esq.**
                               880 Third Avenue
                               13th Flr.
                               New York, NY 10022




**Transcription Service:**     Transcriptions Plus II, Inc.
                               61 Beatrice Avenue
                               West Islip, New York 11795
                               laferrara44@gmail.com



Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

```
                                                                    2
                         Proceedings
 1             THE CLERK:  United States v. Jovan Rendon-
 2   Reyes.
 3             THE COURT:  No, they have to be here.
 4             THE CLERK:  They're here.
 5             THE COURT:  Oh, they're here, okay.
 6             THE CLERK:  Is he okay there, or you would like
 7   him here?
 8             MR. LIND:  Do you want to come up, or -- you're
 9   okay there, right?
10             THE COURT:  Have him come up.  Let's --
11             MR. LIND:  Okay.
12             THE COURT:  -- let's not --
13             THE CLERK:  Jovan Rendon-Reyes.
14             Your appearances, counsel.
15             MR. LIND:  Good afternoon --
16             MS. LEE:  Good afternoon --
17             MR. LIND:  -- oh, I am sorry.  Go ahead.
18             MS. LEE:  For the United States, Maggie Lee.
19             Good afternoon, your Honor.
20             MR. LIND:  Good afternoon, Judge.
21             Richard Lind for Jovan Rendon-Reyes.
22             THE COURT:  Okay.  I think under the statute, I
23   could have sentenced them without the defendants being
24   present, but I did sentence them -- impose restitution
25   without them being present, if I had done it within like
```

Proceedings

3

1  42 or 45 days.
2           THE CLERK:  45 days, Judge.
3           THE COURT:  But because of the government, I
4  couldn't do it.
5           MS. LEE:  I strongly disagree.
6           THE COURT:  And so I have to do it in person.
7  And I have already notified the defendant and his
8  attorney of what my -- the amount that I intend to
9  impose.
10          So as to -- I impose a period of -- a
11 restitution in the amount of $237,300 to be paid at ten
12 percent of the defendant's net income after his release
13 from prison.  Thank you.  Unless you --
14          MR. LIND:  Unless, I -- yes, Judge, I have
15 spoken to my client, and he intends to prosecute an
16 appeal.  He also wants a new attorney for that appeal.  I
17 would like him to just state that for the record.
18          THE COURT:  Okay.  Well, you will file a notice
19 of appeal.
20          MR. LIND:  Yes, I will file a notice of appeal,
21 Judge, but I am talking about he wants another attorney
22 to prosecute it.
23          THE COURT:  I know, but in the meantime you'll
24 file the notice of appeal.
25          MR. LIND:  Yes, I will.  I think I may have

Proceedings

4

1 filed a notice of appeal.
2       MS. LEE: I don't think you have.
3       THE CLERK: A number of counsel have already,
4 Judge.
5       THE COURT: Double-check because I don't want
6 this to -- you know, when --
7       MS. LEE: I believe that only Felix Rojas has
8 filed the actual notice of appeal because the judgment
9 hasn't been issued yet, and the judgment had to be issued
10 before he could file a notice of appeal.
11       THE COURT: Okay.
12       THE CLERK: I think a number of them have been
13 filed by transcript, so we'll straighten it out.
14       MR. LIND: Okay.
15       THE COURT: If it's not on file, you will file
16 it.
17       THE COURT: After you file the notice of
18 appeal, I'll relieve you.
19       MR. LIND: I'm sorry, what Judge?
20       THE COURT: I say after you file a notice of
21 appeal, I will relieve you.
22       MR. LIND: Okay, fine. Well, just in case it's
23 up in the Circuit, once you file a notice of appeal, and
24 it's accepted by the -- I guess the Circuit, then I don't
25 know if you have jurisdiction to relieve me. Maybe you

Transcriptions Plus II, Inc.

```
                                                                    5
                         Proceedings
 1   do, Judge.  You would know better than I.
 2            THE COURT:  In any event, we'll take --
 3            THE CLERK:  We can get the order in before the
 4   record is (indiscernible).
 5            MR. LIND:  All right, fine.  All right.  Thank
 6   you, Judge.
 7            THE COURT:  Okay, thank you.
 8                 (Matter Concluded)
 9                       -o0o-
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

6

# C E R T I F I C A T E

I, LINDA FERRARA, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **10th** day of **March**, 2020.

*Linda Ferrara*
Linda Ferrara

AAERT CET 656

Transcriptions Plus II, Inc.