**MANDATE**

19-3167-cr
*United States v. Rendon-Reyes*

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of May, two thousand twenty-one.

Present:

    ROBERT D. SACK,
    RICHARD C. WESLEY,
    RICHARD J. SULLIVAN,
        *Circuit Judges.*

_____

UNITED STATES OF AMERICA,

        *Appellee,*

v.   Nos. 19-2664 (L), 19-3148 (Con), 19-3161 (Con), 19-3167 (Con)

FELIX ROJAS, ODILON MARTINEZ-ROJAS,
SEVERIANO MARTINEZ-ROJAS, JOVAN RENDON-REYES,

        *Defendant-Appellants.*

_____

The Government moves for summary affirmance of Appellant Jovan Rendon-Reyes's conviction and sentence. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. Rendon-Reyes raises no nonfrivolous issues with respect to his conviction and sentence. *See United States v. Davis*, 598 F.3d 10, 13 (2d Cir. 2010).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/26/2021